UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO HINES,

        Plaintiff,

- against -

CITY OF NEW YORK; POLICE OFFICER
JOHN FAHIM, Shield #31415; JOHN AND
JANE DOE 2–10, individually and in their
official capacities (the names John and Jane Doe
being fictitious, as the true names are presently
unknown,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
12-CV-3687 (RRM) (VMS)

A Memorandum and Order having been filed this day, adopting the R&R issued by the Magistrate Judge, granting defendants' motions to dismiss for failure to prosecute, and dismissing plaintiff's claims, it is

**ORDERED AND ADJUDGED** that plaintiff's claims are dismissed, that plaintiff take nothing of defendants, and that this case is hereby closed.

The Clerk of Court is directed to transmit a copy of this civil judgment to plaintiff *pro se* via U.S. Mail, and to note the mailing on the docket.

Dated: Brooklyn, New York
      January 30, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge